# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALLEN JOHNSON SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17 C 2000 |
| ) | |
| KEVIN FRAIN, LTS Supervisor, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Allen Johnson Sr. ("Johnson") has used the Clerk's-Office-supplied form of "Complaint Under the Civil Rights Act, Title 42 Section 1983" to assert claims of the asserted deprivation of his constitutional rights by the Warden, two former Assistant Wardens and Medical Director Saleh Obaisi -- all affiliated with Stateville Correctional Center ("Stateville," where Johnson is in custody) -- and Wexford Health Services, Inc., which the Complaint describes as providing health care services to Stateville inmates under a contract with the Illinois Department of Corrections. Because Johnson is the unusual (almost unique) pro se prisoner plaintiff who has actually paid the $400 filing fee up front, this Court turns to the other Clerk's-Office-supplied form that he filed contemporaneously with the Complaint: a Motion for Attorney Representation ("Motion").

In that respect Johnson has also departed from the norm by actually complying with our Court of Appeals' directive that he must identify lawyers with whom he has communicated on his own in seeking representation. But two stumbling blocks preclude this Court's current consideration of the Motion:

1. After providing the just-described information, Johnson has added this statement:

> The several law firms have not responded to the plaintiff's request for civil rights representation yet!!

2. Just as importantly, Johnson has also not submitted any financial showing of his inability to retain counsel if a lawyer or law firm were to respond favorably to his request for representation.

Accordingly the Motion cannot be ruled on at this time, but this Court is contemporaneously transmitting to Johnson, together with a copy of this memorandum order three unfilled-out copies of the Clerk's-Office-supplied In Forma Pauperis Application , which is usable both (1) for requests seeking to have the payment of filing fees excused and (2) for requests seeking pro bono legal representation. Johnson should complete that form and transmit two counterparts to the Court, one addressed to the Clerk's Office for filing[1] and the other to this Court[2] as its Judge's Copy. Meanwhile, because this case will go forward in any event, this Court is contemporaneously issuing a scheduling order setting an initial status date, and a copy

---

[1] Office of the Clerk
United States District Court
219 South Dearborn Street
Chicago, Illinois 60604.

[2] Honorable Milton Shadur
United States District Court
219 South Dearborn Street
Suite 2388
Chicago, Illinois 60604.

of that minute entry is also being transmitted to Johnson.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 24, 2017