IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ALLEN JOHNSON SR.**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17 C 2000 |
| | ) |
| **KEVIN FRAIN**, LTS Supervisor, et al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM ORDER

Attorney Dennis Zitzer ("Zitzer"), who has been serving as the designated counsel for plaintiff Allen Johnson Sr. ("Johnson") pursuant to this District Court's trial bar program, has filed a motion (Dkt. No. 20) to withdraw from that representation because Johnson has retained another lawyer as his private counsel. Zitzer's motion is granted.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 17, 2017